IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| M.Q., a minor child, by and through her parents and next friends, CHARLES and JOSEPHINE K., ) ) ) ) | |
| Plaintiff, ) ) | |
| v.   ) | CIVIL ACTION NO. 3:12-cv-313-WHA |
| ) | (WO) |
| PHENIX CITY BOARD OF EDUCATION, PHENIX CITY SCHOOL DISTRICT, DR. LARRY DiCHIARA, in his individual and official capacities, ANNE PHILLIPS, in her individual and official capacities, DAVID WILSON, in his individual and official capacities, JENNIFER DAWN YOUNG, in her individual capacity, ) ) ) ) ) ) ) ) ) ) | |
| Defendants.   ) | |

**ORDER**

The file in this case shows that the Defendant Jennifer Dawn Young was served with Summons and Complaint on April 11, 2012, but has failed to file any Answer or other responsive pleading.  Summary Judgment having been granted to all other Defendants on this day, it is hereby ORDERED as follows:

(1) Plaintiff is given until August 13, 2013 to take such action as may be deemed appropriate as to Defendant Young under the circumstances.

(2) The parties other than Young are DIRECTED to file responses on or before August 13, 2013 as to whether they have any objection to the court entering at this time final judgment in favor of all Defendants other than Young pursuant to Rule

54(b), based on its having granted summary judgments, and without the Plaintiff thereby waving her right to timely appeal.

DONE this 5th day of August, 2013.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE